# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

Maritza URIAS (2),

                Defendant.

Case No. 18CR5092-LAB

**FILED** JAN 22 2019

ORDER AND
JUDGMENT OF DISMISSAL

---

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the Joint Motion for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

21:952, 960; - Importation of Methamphetamine (Felony) (1)
21:952, 960 - Importation of Heroin (Felony) (2)

Dated: 1/22/2019

Hon. Andrew G. Schopler
United States Magistrate Judge